UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:  
WAUNETA KATHERINE KIRKMEYER,  
Debtor

COLORADO HOUSING AND FINANCE AUTHORITY,  
Creditor  
vs.  
WAUNETA KATHERINE KIRKMEYER and DOUGLAS B. KIEL, Trustee  
Respondents

Case No: 22-14862 - JGR

Chapter 13

## ORDER ACCEPTING TERMS OF STIPULATION

**THE COURT**, having reviewed the Stipulation to Resolve Motion for Relief from Stay And Motion for Acceptance of Stipulated Terms submitted by the parties, and being advised, hereby

**ORDERS** that the Motion is granted, and the terms of the Stipulation are approved and made an Order of this Court.

IT IS FURTHER ORDERED that the hearing set on September 16, 2025 is VACATED.

Dated: August 19, 2025

BY THE COURT:

_____  
Bankruptcy Judge

JLF #: 22-028827